UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

PHB CATALYST GROUP, INC.,

        Plaintiff,     Civil Action No. _____

 - against -          **RULE 7.1 STATEMENT**

RIVER TERRACE APARTMENTS, LLC,

        Defendant.

------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for phb Catalyst Group, Inc. ("Catalyst") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

   1. Catalyst has no parent corporation.
   2. No publically held corporation owns 10 percent or more of Catalyst's stock.

Dated: New York, New York
   March 12, 2008

                PECKAR & ABRAMSON, P.C.
                Attorneys for
                phb Catalyst Group, Inc.

                By: _____
                Sergey Leonidov (SL-4579)

                41 Madison Avenue, 20th Floor
                New York, NY 10010
                (212) 382-0909

TO: River Terrace Apartments, LLC
    515 East 72nd Street
    New York, New York 10021