**JUDGE BATTS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHB CATALYST GROUP, INC.

              Plaintiff,

-against-

RIVER TERRACE APARTMENTS, LLC,

              Defendant.

-----------------------------------------------------------------X

08 CV 02796

Civil Action No. _____

**NOTICE OF PENDENCY**

      **PLEASE TAKE NOTICE,** that an action has been commenced and is now pending in the captioned court on the claim of plaintiff against defendant, for the foreclosure of a certain mechanic's lien served and duly filed in the Office of the Clerk of the County of New York on or about January 23, 2008, against the real property and the building and improvements known as and situate at 503-519 East 72nd Street, a/k/a 504-518 East 73rd Street, New York, New York, Block 01484, Base Lot 0005, Lots 1001-1366, to secure the payment of monies due and owing to plaintiff in the sum of $149,000.65, with interest, costs and disbursements thereon.

Dated: New York, New York
       March 14, 2008

                                         PECKAR & ABRAMSON, P.C.
                                         Attorneys for
                                         phb Catalyst Group, Inc.

                                         By: _____
                                             Sergey Leonidov (SL-4579)

                                         41 Madison Avenue, 20th Floor
                                         New York, NY 10010
                                         (212) 382-0909

TO:   River Terrace Apartments, LLC
        515 East 72nd Street
        New York, New York 10021