**DLS — Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PHB CATALYST GROUP, INC.,

      Plaintiff(s),

-against-                                           AFFIDAVIT OF SERVICE
                                                                           08 CV 02796

RIVER TERRACE APARTMENTS, LLC,

      Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK    )
                             S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 26th day of March, 2008, at approximately the time of 1:00P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND VERIFIED COMPLAINT AND NOTICE OF PENDENCY upon RIVER TERRACE APARTMENTS, LLC, the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 145 pounds with blonde hair and blue eyes.

_____
DEBORAH LaPOINTE
Sworn to before me this
26TH day of March, 2008

_____
NOTARY PUBLIC

FRANK J. PANUCCI
Notary Public, State of N.Y.
Qualified in Albany Co.
Reg. No. 4721156
Commission Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com

```
State of New York - Department of State
            Receipt for Service

Receipt #:       200803260291              Cash #:    200803260290
Date of Service: 03/26/2008                Fee Paid:  $40 - DRAWDOWN
Service Company: 10 D.L.S. INC. - 10

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED
                                             LIABILITY COMPANY LAW

Party Served: RIVER TERRACE APARTMENTS LLC

Plaintiff/Petitioner:
           PHB CATALYST GROUP, INC.

Service of Process Address:
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

                                           Secretary of State
                                           By DONNA CHRISTIE
```