UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHB CATALYST GROUP, INC.,

        Plaintiff,                                          Civil Action No. 08CV02796

   -against-

RIVER TERRACE APARTMENTS, LLC,

        Defendant.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Sergey Leonidov, attorney admitted to practice before this Court, hereby certified that on April 22, 2008, I served a copy of the within Motion for Entry of Default Judgment, together with the accompanying affidavit, Clerk's Certificate of default and proposed judgment, on defendant, River Terrace Apartments, LLC, by delivering said copies via Federal Express and via first class postage prepaid mail addressed to:

> River Terrace Apartments, LLC
> 515 East 72nd Street
> New York, NY 10021

    I further certify that I received an email confirmation from Federal Express that the package has been delivered to defendant on April 23, 2008.

Dated: New York, New York
       April 24, 2008

                                                                _/s/ Sergey Leonidov_
                                                                Sergey Leonidov

                                                               Peckar & Abramson, P.C.
                                                               41 Madison Avenue, 20th Floor
                                                               New York, NY 10010
                                                               (212) 382-0909