

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHB CATALYST GROUP, INC.,

                Plaintiff,

- against -

RIVER TERRACE APARTMENTS, LLC,

                Defendant.

------------------------------------------------------------X

08 CV 02796 (DAB)
ECF Case

STIPULATION AND ORDER
VACATING DEFAULT
JUDGMENT AND
DISCONTINUING ACTION

        WHEREAS, on or about March 17, 2008, plaintiff PHB Catalyst Group, Inc. ("Plaintiff") commenced this action by filing a summons and complaint (the "Complaint"); and

        WHEREAS, the Complaint alleged that subject matter jurisdiction existed by virtue of diversity of citizenship pursuant to 28 U.S.C. 1332(a); and

        WHEREAS, defendant River Terrace Apartments, LLC ("Defendant") did not appear in this action or answer the Complaint; and

        WHEREAS, judgment by default was entered in Plaintiff's favor on or about May 28, 2008 (the "Default Judgment"); and

        WHEREAS, on or about June 11, 2008, Defendant moved pursuant to Fed. R. Civ. P. 60(b) for an order vacating the Default Judgment and pursuant to Fed. R. Civ. P. 12(h)(3) for an order dismissing the Complaint, on the grounds that diversity jurisdiction was lacking insofar as Defendant is a citizen of New York (the "Motion"); and

        WHEREAS, both parties wish to resolve the Motion on the terms hereof;

        IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all parties, that:

NY 238,832,284v3

1. The Default Judgment is hereby vacated.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), this action is hereby discontinued.

3. Plaintiff shall not hereafter commence an action in federal court asserting any of the claims being discontinued by this stipulation.

4. Counsel for Defendant hereby agrees to accept service of process on behalf of Defendant from Plaintiff's counsel in an action to be commenced by Plaintiff in New York State court against Defendant (the "State Court Action").

5. By executing this Stipulation and Order and by accepting service of process in the State Court Action, neither party waives any claims or defenses available to them other than Defendant's defenses based upon inadequate service of process.

6. This Stipulation and Order may be executed in counterparts, with each counterpart deemed an original.

PECKAR & ABRAMSON, P.C.
*Attorneys for Plaintiff*

By: _____
Sergey Leonidov (SL 4579)
41 Madison Avenue, 20th floor
New York, New York 10010
(212) 382-0909

June ___, 2008

GREENBERG TRAURIG, LLP
*Attorneys for Defendant*

By: _____
Steven S. Sinatra (SS 7604)
Daniel R. Milstein (DM 3913)
200 Park Avenue, 38th floor
MetLife Building
New York, New York 10166
(212) 801-9200

**SO ORDERED:**

*Deborah A. Batts*
Honorable Deborah A. Batts
United States District Judge

- 2 -

NY 239,832,284v3